UNITED STATES of America,
Plaintiff–Appellee,

v.

Justino TLATELPA–CALIXTO,
Defendant–Appellant.

No. 06–10590
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Juan Carlos Rodriguez, U.S. District Court, Dallas, TX, for Plaintiff-Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Justino Tlatelpa–Calixto raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.